Daniel Prieto, State Bar No. 24048744
dan.prieto@dlapiper.com
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545

*Proposed Counsel for the Debtors*

Thomas R. Califano (*pro hac vice* admission pending)
thomas.califano@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 335-4500
Fax: (212) 335-4501

Daniel M. Simon (*pro hac vice* admission pending)
daniel.simon@dlapiper.com
David Avraham (*pro hac vice* admission pending)
david.avraham@dlapiper.com
Tara Nair (*pro hac vice* admission pending)
tara.nair@dlapiper.com
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Tel: (312) 368-4000
Fax: (312) 236-7516

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PHI, Inc., *et al.*,[1] | § | Case No. 19-30923 (HDH) |
| | § | |
| Debtors. | § | (Joint Administration Requested) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 18, 2019 AT 2:00 P.M. (CDT)**

**MATTERS GOING FORWARD**

1. Notice of Designation as Complex Chapter 11 Cases [D.I. 2].

    **Status:** This matter is going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PHI, Inc. (5707), PHI Air Medical, L.L.C. (4705), AM Equity Holdings, L.L.C. (0730), PHI Tech Services, Inc. (5089) and PHI Helipass, L.L.C. (4187). The corporate headquarters and the mailing address for the Debtors listed above is 2001 SE Evangeline Thruway, Lafayette, Louisiana 70508.

EAST\164992330

2. Motion of the Debtors for Entry of an Order Directing Joint Administration of Their Chapter 11 Cases [D.I. 3].

   **Status:**  This matter is going forward.

3. Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Mailing Matrix and (II) Waiving the Requirement to File an Equity List [D.I. 4].

   **Status:**  This matter is going forward.

4. Motion of the Debtors for Entry of an Order (I) Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs, (II) Extending the Time to File Initial Rule 2015.3 Financial Reports and (III) Granting Related Relief [D.I. 5].

   **Status:**  This matter is going forward.

5. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and (II) Granting Related Relief [D.I. 6].

   **Status:**  This matter is going forward.

6. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue Their Insurance Policies and Pay Prepetition Obligations in Respect Thereof and (II) Granting Related Relief [D.I. 7].

   **Status:**  This matter is going forward.

7. Application of the Debtors for Entry of an Order Authorizing Employment and Retention of Prime Clerk LLC as Claims, Noticing, and Solicitation Agent, *Nunc Pro Tunc* to the Petition Date [D.I. 8].

   **Status:**  This matter is going forward.

8. Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers, (II) Authorizing the Debtors to Continue the Debtors' Customer Program in the Ordinary Course of Business and (III) Granting Related Relief [D.I. 10].

   **Status:**  This matter is going forward.

9. Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Maintain, Administer and Modify Their Refund Programs and Practices and (II) Granting Related Relief [D.I. 11].

   **Status:**  This matter is going forward.

10. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Continued Use of the Debtors' Cash Management System, (II) Authorizing Continued Intercompany

      Transfers Among Debtor and Non-Debtor Affiliates and (III) Granting Related Relief [D.I. 12].

      **Status:**  This matter is going forward.

11. Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Salaries, Wages and Compensation, (II) Authorizing the Continuation of Employee Benefit Programs, (III) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations and (IV) Granting Related Relief [D.I. 13].

      **Status:**  This matter is going forward.

12. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Shippers, Warehousemen, and Other Lien Claimants and (II) Granting Related Relief [D.I. 14].

      **Status:**  This matter is going forward.

13. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay or Honor Prepetition Obligations to Certain Critical Vendors, (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Critical Vendor Obligations, and (III) Granting Related Relief [D.I. 15].

      **Status:**  This matter is going forward.

Dated: March 15, 2019
       Dallas, Texas

                                                  **DLA PIPER LLP (US)**

                                                    By: */s/ Daniel B. Prieto*
                                                    Daniel B. Prieto, State Bar No. 24048744
                                                    DLA Piper LLP (US)
                                                    1900 North Pearl Street, Suite 2200
                                                    Dallas, Texas 75201
                                                    Tel: (214) 743-4500
                                                    Fax: (214) 743-4545
                                                    Email:  dan.prieto@dlapiper.com

                                                    - and -

Thomas R. Califano (*pro hac vice* admission pending)
thomas.califano@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501
Email: thomas.califano@dlapiper.com

- and -

Daniel M. Simon (*pro hac vice* admission pending)
David E. Avraham (*pro hac vice* admission pending)
Tara Nair (*pro hac vice* admission pending)
DLA Piper LLP (US)
444 West Lake Street, Suite 2200
Chicago, Illinois 60606-0089
Tel: (312) 368-4000
Fax: (312) 236-7516
Email: daniel.simon@dlapiper.com
　　　　david.avraham@dlapiper.com
　　　　tara.nair@dlapiper.com

*Proposed Counsel for the Debtors*