United States Department of Justice
Office of the United States Trustee
1100 Commerce St. Room 976
Dallas, Texas 75242
(214) 767-1079
Meredyth A. Kippes,
for the United States Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PHI, Inc., et al[1] | § | Case No. 19-30923-hdh-11 |
| | § | |
| | § | |
| Debtors-in-Possession. | § | (Jointly Administered) |

**Appointment of the Official Unsecured Creditors' Committee**

TO THE HONORABLE HARLIN D. HALE, U.S. BANKRUPTCY JUDGE:

In accordance with 11 U.S.C. §1102(a)(1), the United States Trustee appoints the following creditors to the Official Unsecured Creditors' Committee in the above-referenced case:

Delaware Trust Company
c/o Michelle Dreyer, Managing Director
251 Little Falls Drive
Wilmington, DE  19808
302-636-5806
302-450-8579-cell
302-636-8666-fax
Michelle.dreyer@cscglobal.com

---

[1] PHI Air Medical, LLC, Case No. 19-30922-HDH-11; AM Equity Holdings, LLC, Case No. 19-30924-SGJ-11; PHI Helipass, LLC, Case No. 19-30925-HDH-11; PHI Tech Services, Inc., 19-30926-HDH-11.

Oaktree Capital Management, LP
c/o Jordan Mikes, Senior Vice President
333 South Grand Avenue, 28th Floor
Los Angeles, CA  90071
213-356-3293
213-830-9287-fax
jmikes@oaktreecapital.com

Q5-R5 Trading, Ltd.
c/o Scott McCarty, Assistant Secretary
301 Commerce Street, Ste. 3200
Fort Worth, TX  76102-4150
817-332-9500
817-332-9606-fax
smccarty@acmewidget.com

Regions Equipment Finance Corp.
c/o Robert Korte, Senior Vice President
2050 Parkway Office Circle, 3rd Floor
Birmington, AL  35244
314-615-2321
Bob.korte@regions.com

Helicopter Support, Inc.
c/o Marvin Collins, Manager
Financial Planning & Analysis
124 Quarry Road
Trumbull, CT  06611
203-414-2555

DATED:  March 25, 2019                Respectfully submitted,

WILLIAM T. NEARY
UNITED STATES TRUSTEE

/s/ *Meredyth A. Kippes*
Meredyth A. Kippes
Trial Attorney
Texas State Bar No. 24007882
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242
(214) 767-1079
*meredyth.a.kippes@usdoj.gov*