Daniel Prieto, State Bar No. 24048744
dan.prieto@dlapiper.com
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545

*Proposed Counsel for the Debtors*

Thomas R. Califano (admitted *pro hac vice*)
thomas.califano@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 335-4500
Fax: (212) 335-4501

Daniel M. Simon (admitted *pro hac vice*)
daniel.simon@dlapiper.com
David Avraham (admitted *pro hac vice*)
david.avraham@dlapiper.com
Tara Nair (admitted *pro hac vice*)
tara.nair@dlapiper.com
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Tel: (312) 368-4000
Fax: (312) 236-7516

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PHI, Inc., *et al.*,[1] | § | Case No. 19-30923-hdh11 |
| | § | |
| Debtors. | § | (Joint Administration Requested) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 27, 2019 AT 2:00 P.M. (CDT)**

**MATTER GOING FORWARD**

1.  Emergency Motion of the Debtors for Entry of Interim and Final Orders (I) Establishing Procedures for Transfers of Equity Interests, (II) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims and (III) Granting Related Relief [Docket No. 125].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PHI, Inc. (5707), PHI Air Medical, L.L.C. (4705), AM Equity Holdings, L.L.C. (0730), PHI Tech Services, Inc. (5089) and PHI Helipass, L.L.C. (4187). The corporate headquarters and the mailing address for the Debtors listed above is 2001 SE Evangeline Thruway, Lafayette, Louisiana 70508.

**Related Pleadings:**

a. Motion for Expedited Consideration of the Emergency Motion of the Debtors for Entry of Interim and Final Orders (I) Establishing Procedures for Transfers of Equity Interests, (II) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims and (III) Granting Related Relief [Docket No. 126].

**Responses:** None.

**Status:** This matter is going forward.

Dated: March 26, 2019
Dallas, Texas

**DLA PIPER LLP (US)**

By: */s/ Daniel B. Prieto*
Daniel B. Prieto, State Bar No. 24048744
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545
Email: dan.prieto@dlapiper.com

- and -

Thomas R. Califano (admitted *pro hac vice*)
thomas.califano@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501
Email: thomas.califano@dlapiper.com

- and -

Daniel M. Simon (admitted *pro hac vice*)
David E. Avraham (admitted *pro hac vice*)
Tara Nair (admitted *pro hac vice*)
DLA Piper LLP (US)
444 West Lake Street, Suite 2200
Chicago, Illinois 60606-0089
Tel: (312) 368-4000
Fax: (312) 236-7516
Email:  daniel.simon@dlapiper.com
         david.avraham@dlapiper.com
         tara.nair@dlapiper.com

*Proposed Counsel for the Debtors*