Daniel Prieto, State Bar No. 24048744
dan.prieto@dlapiper.com
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545

*Proposed Counsel for the Debtors*

Thomas R. Califano (admitted *pro hac vice*)
thomas.califano@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 335-4500
Fax: (212) 335-4501

Daniel M. Simon (admitted *pro hac vice*)
daniel.simon@dlapiper.com
David Avraham (admitted *pro hac vice*)
david.avraham@dlapiper.com
Tara Nair (admitted *pro hac vice*)
tara.nair@dlapiper.com
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Tel: (312) 368-4000
Fax: (312) 236-7516

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PHI, Inc., *et al.*,[1] | § | Case No. 19-30923-hdh11 |
| | § | |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 1, 2019 AT 1:30 P.M. (CDT)**

**MATTERS GOING FORWARD**

1. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PHI, Inc. (5707), PHI Air Medical, L.L.C. (4705), AM Equity Holdings, L.L.C. (0730), PHI Tech Services, Inc. (5089) and PHI Helipass, L.L.C. (4187). The corporate headquarters and the mailing address for the Debtors listed above is 2001 SE Evangeline Thruway, Lafayette, Louisiana 70508.

EAST\165594548

Companies From Altering, Refusing or Discontinuing Service and (IV) Granting Related Relief [Docket No. 9].

**Related Pleadings:** None.

**Responses:** None.

**Status:** This matter is going forward.

| | |
|---|---|
| Dated: March 28, 2019<br>Dallas, Texas | **DLA PIPER LLP (US)**<br><br>By: /s/ Daniel B. Prieto<br>Daniel B. Prieto, State Bar No. 24048744<br>DLA Piper LLP (US)<br>1900 North Pearl Street, Suite 2200<br>Dallas, Texas 75201<br>Tel: (214) 743-4500<br>Fax: (214) 743-4545<br>Email: dan.prieto@dlapiper.com<br><br>- and -<br><br>Thomas R. Califano (admitted *pro hac vice*)<br>thomas.califano@dlapiper.com<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Tel: (212) 335-4500<br>Fax: (212) 335-4501<br>Email: thomas.califano@dlapiper.com<br><br>- and -<br><br>Daniel M. Simon (admitted *pro hac vice*)<br>David E. Avraham (admitted *pro hac vice*)<br>Tara Nair (admitted *pro hac vice*)<br>DLA Piper LLP (US)<br>444 West Lake Street, Suite 2200<br>Chicago, Illinois 60606-0089<br>Tel: (312) 368-4000<br>Fax: (312) 236-7516<br>Email: daniel.simon@dlapiper.com<br>david.avraham@dlapiper.com<br>tara.nair@dlapiper.com<br><br>*Proposed Counsel for the Debtors* |