Daniel B. Prieto, State Bar No. 24048744
dan.prieto@dlapiper.com
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545

*Counsel for the Debtors*

Thomas R. Califano (admitted *pro hac vice*)
thomas.califano@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 335-4500
Fax: (212) 335-4501

Daniel M. Simon (admitted *pro hac vice*)
daniel.simon@dlapiper.com
David E. Avraham (admitted *pro hac vice*)
david.avraham@dlapiper.com
Tara Nair (admitted *pro hac vice*)
tara.nair@dlapiper.com
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Tel: (312) 368-4000
Fax: (312) 236-7516

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PHI, Inc., *et al.*,[1] | § | Case No. 19-30923-hdh11 |
| | § | |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 18, 2019 AT 9:00 A.M. (CDT)[2]**

**NON-CONTESTED MATTER GOING FORWARD**

1. Application of the Debtors for an Order Authorizing the Employment and Retention of Deloitte & Touche LLP as Independent Auditors *Nunc Pro Tunc* to the Petition Date [Docket No. 433].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PHI, Inc. (5707), PHI Air Medical, L.L.C. (4705), AM Equity Holdings, L.L.C. (0730), PHI Tech Services, Inc. (5089) and PHI Helipass, L.L.C. (4187). The corporate headquarters and the mailing address for the Debtors listed above is 2001 SE Evangeline Thruway, Lafayette, Louisiana 70508.

[2] The hearing on the matters listed herein may be continued as the Bankruptcy Court may determine and announce at the hearing without further notice to any parties.

**Related Pleadings:**

a. Supplemental Declaration of Patrick Brandau in Support of Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Deloitte & Touche LLP as the Debtors' Independent Auditors *Nunc Pro Tunc* to the Petition Date [Docket No. 644].

b. Certificate of No Objection Regarding Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of Deloitte & Touche LLP as the Debtors' Independent Auditors Nunc Pro Tunc to the Petition Date [Docket No. 661].

**Responses:** None.

**Status:** No formal objections to the Application have been filed. The Debtors received certain informal comments from the Office of the United States Trustee, and have incorporated those comments into the proposed form of order. Accordingly, the Debtors have filed a Certificate of No Objection and uploaded a proposed order.

2. Application of the Official Committee of Unsecured Creditors for an Order Authorizing the Retention of Gilchrist Aviation Law, P.C. as Special FAA Counsel, *Nunc Pro Tunc* to May 2, 2019 [Docket No. 537].

   **Related Pleadings:**

   a. Certificate of No Objection [Docket No. 662].

   **Responses:** None.

   **Status:** No objections were filed to this application. The Official Committee of Unsecured Creditors filed a Certificate of No Objection. This matter is going forward.

3. Application of the Official Committee of Unsecured Creditors for an Order Authorizing the Retention of KMA Zuckert LLC as Special Regulatory counsel, *Nunc Pro Tunc* to May 15, 2019 [Docket No. 538].

   **Related Pleadings:**

   a. Certificate of No Objection [Docket No. 663].

   **Responses:** None.

   **Status:** No objections were filed to this application. The Official Committee of Unsecured Creditors filed a Certificate of No Objection. This matter is going forward.

4. Application of the Official Committee of Unsecured Creditors to Retain Donlin, Recano & Company, Inc. as Information Agent, *Nunc Pro Tunc* to May 2, 2019 [Docket No. 539].

**Related Pleadings:** None.

**Responses:** None.

**Status:** No formal objections to the Application have been filed. The Debtors provided certain informal comments to the Official Committee of Unsecured Creditors, and the comments have been incorporated into the proposed form of order.

**CONTESTED MATTERS GOING FORWARD**

5.  Disclosure Statement for the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 156].

    **Related Pleadings:**

    a.  Motion of the Debtors for Entry of an Order (I) Approving Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, (IV) Approving Rights Offering Procedures and Related Form, (V) Approving New Equity Cash-Out Procedures and Related Form, and (VI) Establishing Objection Deadline and Scheduling Plan Confirmation Hearing [Docket No. 305].

    b.  Notice of Filing of Exhibits to Disclosure Statement for the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 360].

    c.  Notice of Filing of Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and Disclosure Statement for the Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 497].

    d.  Disclosure Statement for the Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 506].

    e.  Stipulation Regarding Matters to be Resolved Pursuant to Bankruptcy Rule 9019 [Docket No. 624].

    f.  Disclosure Statement for the Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 659].

    g.  Notice of Filing of Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and Disclosure Statement for the Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 660].

    **Responses:**

    a.  Objection of the Securities and Exchange Commission to the Approval of the Debtors' Disclosure Statement [Docket No. 541].

b. United States Trustee's Objection to Disclosure Statement for First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 576].

c. The Official Committee of Equity Security Holders' Objection to the Debtors' Disclosure Statement [Docket No. 605].

d. United States Trustee's Amended Objection to Disclosure Statement for First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 655].

**Status:** This matter is going forward.

Dated: June 16, 2019
Dallas, Texas

**DLA PIPER LLP (US)**

By: /s/ Daniel B. Prieto
Daniel B. Prieto, State Bar No. 24048744
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545
Email: dan.prieto@dlapiper.com

- and -

Thomas R. Califano (admitted *pro hac vice*)
thomas.califano@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501
Email: thomas.califano@dlapiper.com

- and -

Daniel M. Simon (admitted *pro hac vice*)
David E. Avraham (admitted *pro hac vice*)
Tara Nair (admitted *pro hac vice*)
DLA Piper LLP (US)
444 West Lake Street, Suite 2200
Chicago, Illinois 60606-0089
Tel: (312) 368-4000
Fax: (312) 236-7516
Email:  daniel.simon@dlapiper.com
david.avraham@dlapiper.com
tara.nair@dlapiper.com

*Counsel for the Debtors*