| | |
|---|---|
| Daniel B. Prieto, State Bar No. 24048744<br>dan.prieto@dlapiper.com<br>DLA Piper LLP (US)<br>1900 North Pearl Street, Suite 2200<br>Dallas, Texas 75201<br>Tel: (214) 743-4500<br>Fax: (214) 743-4545<br><br>*Counsel for the Debtors* | Thomas R. Califano (admitted *pro hac vice*)<br>thomas.califano@dlapiper.com<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Tel: (212) 335-4500<br>Fax: (212) 335-4501<br><br>Daniel M. Simon (admitted *pro hac vice*)<br>daniel.simon@dlapiper.com<br>David E. Avraham (admitted *pro hac vice*)<br>david.avraham@dlapiper.com<br>Tara Nair (admitted *pro hac vice*)<br>tara.nair@dlapiper.com<br>DLA Piper LLP (US)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>Tel: (312) 368-4000<br>Fax: (312) 236-7516 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| PHI, Inc., *et al.*,[1] | § | Case No. 19-30923-hdh11 |
|  | § |  |
| Debtors. | § | (Jointly Administered) |

## NOTICE OF ADJOURNMENT OF HEARING SCHEDULED FOR JUNE 18, 2019

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Due to a security incident at the federal courthouse, the hearing on the matters scheduled to be heard on June 18, 2019 at 9:00 a.m. (CDT), as further described in the *Notice of Agenda of Matters Scheduled for Hearing on June 18, 2019 at 9:00 a.m. (CDT)* [Docket No. 667], is hereby adjourned to **June 19, 2019 at 1:30 p.m. (CDT) before the Honorable Harlin D. Hale, United States Bankruptcy Judge, at the Earle Cabell Federal Building, United States Courthouse, 1100 Commerce Street, 14th Floor, Courtroom No. 3, Dallas, Texas 75242-1496**, or at such other time as the Bankruptcy Court may determine.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PHI, Inc. (5707), PHI Air Medical, L.L.C. (4705), AM Equity Holdings, L.L.C. (0730), PHI Tech Services, Inc. (5089) and PHI Helipass, L.L.C. (4187). The corporate headquarters and the mailing address for the Debtors listed above is 2001 SE Evangeline Thruway, Lafayette, Louisiana 70508.

EAST\167264581

2. ALL PLEADINGS FILED IN THESE CHAPTER 11 CASES ARE AVAILABLE FOR FREE AT: https://cases.primeclerk.com/PHI.

Dated: June 17, 2019
Dallas, Texas

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Daniel B. Prieto*
Daniel B. Prieto, State Bar No. 24048744
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545
Email: dan.prieto@dlapiper.com

-and-

Thomas R. Califano (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 335-4500
Fax: (212) 335-4501
Email: thomas.califano@dlapiper.com

-and-

Daniel M. Simon (admitted *pro hac vice*)
David E. Avraham (admitted *pro hac vice*)
Tara Nair (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Tel: (312) 368-4000
Fax: (312) 236-7516
Email: daniel.simon@dlapiper.com
         david.avraham@dlapiper.com
         tara.nair@dlapiper.com

*Counsel for the Debtors*