B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re   PHI Inc                                    ,                    Case No.  19-30923

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Ampleton Group Limited
Name of Transferee

Cassels Brock & Blackwell LLP
Name of Transferor

Name and Address where notices to transferee should be sent: Ampleton Group Ltd
Priors Court
Churchmere Road
Sutton Courtenay, nr Abingdon
OX14 4AQ
UK

Phone: _____ +442079932091
Last Four Digits of Acct #: _____

Court Claim # (if known):  890 & 957
Amount of Claim:  $22,639.25
Date Claim Filed:  Jun 24th and 26th 2019

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: July 25, 2019
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **CASSELS BROCK & BLACKWELL LLP** ("**Seller**") does hereby unconditionally and irrevocably sell, transfer and assign unto **Ampleton Group Ltd** ("**Buyer**") all rights, title and interest in and to the claims of Seller referenced as proof of claim numbers 890 and 957 (the "**Claims**") against PHI Inc. and its affiliated debtors and debtors in possession (the "**Debtor**") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Northern District of Texas (the "**Bankruptcy Court**") (or any other court with jurisdiction over the bankruptcy proceedings) as PHI, Inc., Chapter 11 Case No. 19-30923 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "**Transferred Claim**") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated in this month ____July____ on this day _18_, 20_19_.

| BUYER: Ampleton Group Limited | SELLER: CASSELS BROCK & BLACKWELL LLP |
|---|---|
| 6 Old Park Avenue<br>London<br>SW12 8RH, United Kingdom | SUITE 2100 SCOTIA PLAZA 40 KING STREET WEST<br>TORONTO ON M5H3C2<br>CANADA |
| Name: Hyung Joen Lim | Name: PATRICIA H. SOUTHERN |
| Title (as authorised signatory): Authorized Signatory | Title (as authorised signatory): CHIEF FINANCIAL OFFICER |