Daniel B. Prieto, State Bar No. 24048744
dan.prieto@dlapiper.com
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545

*Counsel for the Debtors*

Thomas R. Califano (admitted *pro hac vice*)
thomas.califano@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 335-4500
Fax: (212) 335-4501

Daniel M. Simon (admitted *pro hac vice*)
daniel.simon@dlapiper.com
David E. Avraham (admitted *pro hac vice*)
david.avraham@dlapiper.com
Tara Nair (admitted *pro hac vice*)
tara.nair@dlapiper.com
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Tel: (312) 368-4000
Fax: (312) 236-7516

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PHI, Inc., *et al.*,[1] | § | Case No. 19-30923-hdh11 |
| | § | |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 30, 2019 AT 1:30 P.M. (CDT)[2]**

**CONTESTED MATTERS GOING FORWARD**

1.  Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 687] (the "Plan").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PHI, Inc. (5707), PHI Air Medical, L.L.C. (4705), AM Equity Holdings, L.L.C. (0730), PHI Tech Services, Inc. (5089) and PHI Helipass, L.L.C. (4187). The corporate headquarters and the mailing address for the Debtors listed above is 2001 SE Evangeline Thruway, Lafayette, Louisiana 70508.

[2] The hearing on the matters listed herein may be continued as the Bankruptcy Court may determine and announce at the hearing without further notice to any parties.

EAST\168191951

**Related Pleadings:**

a. Disclosure Statement for the Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 688].

b. Order (I) Approving Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Plan Confirmation Hearing [Docket No. 718]

c. Debtors' Notice of Filing of Plan Supplement [Docket No. 831].

d. Notice of Filing Additional Plan Supplement Documents [to be filed].

e. Debtors' Memorandum of Law in Support of Confirmation of the Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 853].

f. Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 854].

g. Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 850].

h. Declaration of Robert A. Del Genio, Chief Restructuring Officer of PHI, Inc., in Support of Confirmation of Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 858].

**Responses:**

a. United States Trustee's Objection to Confirmation of Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 815].

b. Objection of the Securities and Exchange Commission to the Confirmation of the Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 817].

c. Objection to Confirmation of Plan [by Class Objectors] [Docket No. 818].

**Status:** This matter is going forward.

2. Debtors' Motion to Reject Helicopter Lease with Fifth Third Equipment Finance Company Under Section 365 of the Bankruptcy Code [Docket No. 413].

**Related Pleadings:**

a. Joint Stipulation Between Debtors and Fifth Third Equipment Finance Company Regarding Extension of Deadline to File an Objection on the Debtors' Motion to Reject Helicopter Lease with Fifth Third Equipment Finance Company Under Section 365 of the Bankruptcy Code [Docket No. 530].

b. Joint Stipulation Between Debtors and Fifth Third Equipment Finance Company Regarding Adjournment of Hearing on Debtors' Motion to Reject Helicopter Lease with Fifth Third Equipment Finance Company Under Section 365 of the Bankruptcy Code [Docket No. 558].

c. Joint Stipulation Between Debtors and Fifth Third Equipment Finance Company Regarding Adjournment of Hearing on Debtors' Motion to Reject Helicopter Lease with Fifth Third Equipment Finance Company Under Section 365 of the Bankruptcy Code [Docket No. 643].

d. Joint Stipulation Between Debtors and Fifth Third Equipment Finance Company Regarding Adjournment of Hearing on Debtors' Motion to Reject Helicopter lease with Fifth Third Equipment Finance Company Under Section 365 of the Bankruptcy Code [Docket No. 783].

**Responses:**

a. Fifth Third Equipment Finance Company's Limited Objection to the Debtors' Motion to Reject Helicopter Lease With Fifth Third Equipment Finance Company Under Section 365 of the Bankruptcy Code [Docket No. 765].

**Status:** This matter is going forward.

Dated: July 29, 2019         **DLA PIPER LLP (US)**
Dallas, Texas

By: _/s/ Daniel B. Prieto_
Daniel B. Prieto, State Bar No. 24048744
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545
Email: dan.prieto@dlapiper.com

- and -

Thomas R. Califano (admitted *pro hac vice*)
thomas.califano@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501
Email: thomas.califano@dlapiper.com

- and -

Daniel M. Simon (admitted *pro hac vice*)
David E. Avraham (admitted *pro hac vice*)
Tara Nair (admitted *pro hac vice*)
DLA Piper LLP (US)
444 West Lake Street, Suite 2200
Chicago, Illinois 60606-0089
Tel: (312) 368-4000
Fax: (312) 236-7516
Email: daniel.simon@dlapiper.com
    david.avraham@dlapiper.com
    tara.nair@dlapiper.com

*Counsel for the Debtors*