

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 19, 2019**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 19-30923-hdh11 |
| PHI, Inc., *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**ORDER GRANTING FIRST INTERIM APPLICATION
OF KMA ZUCKERT LLC, SPECIAL REGULATORY COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND
PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PHI, Inc. (5707), PHI Air Medical, L.L.C. (4705), AM Equity Holdings, L.L.C. (0730), PHI Tech Services, Inc. (5089) and PHI Helipass, L.L.C. (4187). The corporate headquarters and the mailing address for the Debtors listed above is 2001 SE Evangeline Thruway, Lafayette, Louisiana 70508.

1

Upon consideration of the application (the "Application")[2] of KMAZ, co-counsel to the Official Committee in the above-captioned cases, for the interim allowance of fees and expenses incurred during the Application Period; and the Court having reviewed the Application and each of the Monthly Statements served by KMAZ during the Application Period; and the Court having found that it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Application is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that proper and adequate notice of the Application has been given and no other or further notice is necessary; and good and sufficient cause existing for granting the relief requested in the Application; and after due deliberation and sufficient cause appearing thereof, it is

**HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

2. KMAZ's fees in the amount of $495 incurred from May 15, 2019 through May 31, 2019, are hereby approved on an interim basis.

3. The Debtors are hereby authorized and directed to pay to KMAZ the amount of $495, representing the difference between the allowed amounts granted hereby and the amounts previously received by KMAZ for fees and expenses incurred during the Application Period.

4. The Court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order.

5. This Order shall be effective immediately upon entry.

# # # END OF ORDER # # #

---

[2] Capitalized terms not otherwise defined herein shall have the meaning assigned to them in the Application.

ELECTRONICALLY FILED BY:


Ian T. Peck
State Bar No. 24013306
Stephen M. Pezanosky
State Bar No. 15881850
David L. Staab
State Bar No. 24093194
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: 214.651.5000
Facsimile:  214.651.5940
Email: ian.peck@haynesboone.com
Email: stephen.pezanosky@haynesboone.com
Email: david.staab@haynesboone.com


- and -


**MILBANK LLP**


Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
Alan J. Stone (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001-2163
Telephone: 212.530.000
Facsimile: 212.530.5219
Email: ddunne@milbank.com
Email: skhalil@milbank.com
Email: astone@milbank.com

Andrew M. Leblanc (admitted *pro hac vice*)
1850 K Street, NW, Suite 1100
Washington, DC 20006
Telephone: 202.835.7500
Facsimile: 202263.7586
Email: aleblanc@milbank.com


*Co-Counsel for the Official*
*Committee of Unsecured Creditors*


3

United States Bankruptcy Court
Northern District of Texas

In re:                                                              Case No. 19-30923-hdh
PHI, Inc.                                                           Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0539-3          User: ctello          Page 1 of 3          Date Rcvd: Aug 20, 2019
                             Form ID: pdf012        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2019.
sp              +KMA Zuckert LLC,    888 17th Street, NW, Suite 700,    Washington, DC 20006-3304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
            County of Loudoun, Virginia
                                                                           TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2019 at the address(es) listed below:
          Alan J. Stone    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           astone@milbank.com
          Andrew M. Leblanc    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           aleblanc@milbank.com
          Andrew M. Leblanc    on behalf of Creditor    Delaware Trust Company aleblanc@milbank.com
          Annmarie Antoniette Chiarello    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
           achiarello@winstead.com
          Basil A. Umari    on behalf of Creditor    Oaktree Capital Management, L.P. basil@umarilaw.com
          Bradley Clay Knapp    on behalf of Creditor    Airbus Helicopters, Inc. bknapp@lockelord.com,
           Yamille.Harrison@lockelord.com
          Brian J. Kinney    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           bkinney@milbank.com
          Bruce W. Akerly    on behalf of Creditor    Able Aerospace Services, Inc. f/k/a Able Engineering &
           Component Services, Inc. bakerly@akerlylaw.com,    Lawclerk@akerlylaw.com;mgorman@akerlylaw.com
          Courtney Jane Hull    on behalf of Creditor    Texas Comptroller of Public Accounts
           bk-chull@oag.texas.gov,    sherri.simpson@oag.texas.gov
          Dan B. Prieto    on behalf of Debtor    PHI Helipass, L.L.C. dan.prieto@dlapiper.com,
           dan-prieto-6767@ecf.pacerpro.com
          Dan B. Prieto    on behalf of Debtor    PHI Air Medical, L.L.C. dan.prieto@dlapiper.com,
           dan-prieto-6767@ecf.pacerpro.com
          Dan B. Prieto    on behalf of Attorney    DLA Piper LLP (US) dan.prieto@dlapiper.com,
           dan-prieto-6767@ecf.pacerpro.com
          Dan B. Prieto    on behalf of Debtor    PHI Tech Services, Inc. dan.prieto@dlapiper.com,
           dan-prieto-6767@ecf.pacerpro.com
          Dan B. Prieto    on behalf of Debtor    PHI, Inc. dan.prieto@dlapiper.com,
           dan-prieto-6767@ecf.pacerpro.com
          Dan B. Prieto    on behalf of Debtor    AM Equity Holdings, L.L.C. dan.prieto@dlapiper.com,
           dan-prieto-6767@ecf.pacerpro.com
          Daniel Joseph Carragher    on behalf of Creditor    Helicopter Support, Inc. d/b/a Sikorsky
           Commercial, Inc. djcarragher@daypitney.com,    djcarragher@ecf.inforuptcy.com
          David B. Golubchik    on behalf of Stockholder    Official Committee of Equity Security Holders
           dbg@lnbyb.com
          Dennis F. Dunne    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           nalmeida@milbank.com;amiller1@milbank.com;pacerpro-milbank-0735@ecf.pacerpro.com;jbrewster@milban
           k.com;AAdeyosoye@milbank.com;RNussbaum@milbank.com
          Dennis F. Dunne    on behalf of Creditor    Delaware Trust Company
           nalmeida@milbank.com;amiller1@milbank.com;pacerpro-milbank-0735@ecf.pacerpro.com;jbrewster@milban
           k.com;AAdeyosoye@milbank.com;RNussbaum@milbank.com
          Diane W. Sanders    on behalf of Creditor    Victoria County austin.bankruptcy@publicans.com

District/off: 0539-3          User: ctello           Page 2 of 3          Date Rcvd: Aug 20, 2019
                              Form ID: pdf012         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Douglas J. Lipke    on behalf of Creditor    Citizens Bank dlipke@vedderprice.com,
legalowb@cdw.com;dmangan@vedderprice.com;7610@ecf.pacerpro.com;schen@vedderprice.com;doug-lipke-7
162@ecf.pacerpro.com

Eboney D. Cobb    on behalf of Creditor    Arlington ISD ecobb@pbfcm.com,
ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Edward J. Leen    on behalf of Creditor    Opps Helicopter Holdings, L.P. eleen@mkbllp.com

Eli O. Columbus    on behalf of Creditor    BB&T Equipment Finance Corporation
eli.columbus@haynesboone.com,   kim.morzak@haynesboone.com;Kristy.martinez@haynesboone.com

Elizabeth Weller    on behalf of Creditor    Dallas County, Tarrant County
dallas.bankruptcy@publicans.com,   dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com

Eve H. Karasik    on behalf of Stockholder    Official Committee of Equity Security Holders
ehk@lnbyb.com

Gary E. Klausner    on behalf of Stockholder    Official Committee of Equity Security Holders
gek@lnbyb.com

George H. Barber    on behalf of Creditor    HeliFleet 2013-10, LLC gbarber@johnstonpratt.com,
gbarber@ecf.courtdrive.com;klemon@johnstonpratt.com;kslemon@ecf.courtdrive.com;sbyrd@johnstonprat
t.com;gmacdonell@johnstonpratt.com;mmendoza@johnstonpratt.com

Gregory Getty Hesse    on behalf of Creditor    Capital One, N.A. ghesse@HuntonAK.com,
amckenzie@HuntonAK.com;tcanada@HuntonAK.com;creeves@HuntonAK.com

Gregory Getty Hesse    on behalf of Creditor    Capital One Equipment Finance Corporation
ghesse@HuntonAK.com,   amckenzie@HuntonAK.com;tcanada@HuntonAK.com;creeves@HuntonAK.com

Gregory Marc Weinstein    on behalf of Creditor    Federal Insurance Company gweinstein@weinrad.com,
landerson@weinrad.com;cjenkins@weinrad.com

Gregory Marc Weinstein    on behalf of Creditor    Vigilant Insurance Company
gweinstein@weinrad.com,   landerson@weinrad.com;cjenkins@weinrad.com

Gregory Marc Weinstein    on behalf of Creditor    Chubb Group of Insurance gweinstein@weinrad.com,
landerson@weinrad.com;cjenkins@weinrad.com

Gregory Michael Wilkes    on behalf of Creditor    Delaware Trust Company
greg.wilkes@nortonrosefulbright.com

H Joseph Acosta    on behalf of Creditor    Precision Heliparts, Inc.
joseph.acosta@fisherbroyles.com

Ian T. Peck    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
ian.peck@haynesboone.com,   kim.morzak@haynesboone.com;Kristy.martinez@haynesboone.com

Ian T. Peck    on behalf of Attorney    Haynes and Boone, LLP ian.peck@haynesboone.com,
kim.morzak@haynesboone.com;Kristy.martinez@haynesboone.com

J. Robert Forshey    on behalf of Creditor    MASCO Service Corporation bforshey@forsheyprostok.com,
calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;lbreedlove@forsheyprostok.com

Jason S. Brookner    on behalf of Stockholder    Official Committee of Equity Security Holders
jbrookner@grayreed.com,   lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner    on behalf of Attorney    Gray Reed & McGraw LLP jbrookner@grayreed.com,
lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner    on behalf of Attorney    Levene, Neale,Bender, Yoo & Brill LLP
jbrookner@grayreed.com,   lwebb@grayreed.com;acarson@grayreed.com

John Mark Chevallier    on behalf of Creditor    Citizens Bank mchevallier@mcslaw.com

John Michael Duck    on behalf of Creditor    Regions Equipment Finance Corporation
laurie.anders@arlaw.com,   john.duck@arlaw.com;Vicki.owens@arlaw.com

John P. Dillman    on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com

John P. Dillman    on behalf of Creditor    Galveston County houston_bankruptcy@publicans.com

John P. Dillman    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com

John P. Dillman    on behalf of Creditor    Jefferson County houston_bankruptcy@publicans.com

John P. Dillman    on behalf of Creditor    Montgomery County houston_bankruptcy@publicans.com

John P. Dillman    on behalf of Creditor    Fort Bend County houston_bankruptcy@publicans.com

John T.M. Whiteman    on behalf of Creditor    Missouri Department of Revenue ndtx@dor.mo.gov

Jolene M. Wise    on behalf of Interested Party    Securities and Exchange Commission wisej@sec.gov

Kendal B. Reed    on behalf of Creditor    World Fuel Services, Inc. kreed@ctstlaw.com,
atobin@ctstlaw.com;cnavarro@ctstlaw.com

Kevin D. McCullough    on behalf of Creditor    Thirty Two, LLC kdm@romclaw.com,
rdecorte@romclaw.com

Larry Alan Levick    on behalf of Creditor Vance  Tomey levick@singerlevick.com,
scotton@singerlevick.com;tguillory@singerlevick.com

Larry Alan Levick    on behalf of Creditor Michael  Iavagnilio levick@singerlevick.com,
scotton@singerlevick.com;tguillory@singerlevick.com

Larry Alan Levick    on behalf of Creditor Tony  Williams levick@singerlevick.com,
scotton@singerlevick.com;tguillory@singerlevick.com

Larry Alan Levick    on behalf of Creditor Paul  Bowman levick@singerlevick.com,
scotton@singerlevick.com;tguillory@singerlevick.com

Larry Alan Levick    on behalf of Creditor Christina C. Wray levick@singerlevick.com,
scotton@singerlevick.com;tguillory@singerlevick.com

Lindsey Lee Robin    on behalf of Creditor    Blue Torch Finance LLC lrobin@reedsmith.com,
jkrasnic@reedsmith.com;anixon@reedsmith.com;srhea@reedsmith.com

Lloyd A. Lim    on behalf of Creditor    Fifth Third Equipment Finance Company LLim@ReedSmith.com,
CSnider@ReedSmith.com;RIThompson@ReedSmith.com;csnider@reedsmith.com

Louis R. Strubeck, Jr.    on behalf of Creditor    Delaware Trust Company
louis.strubeck@nortonrosefulbright.com

Luis Manuel Lluberas    on behalf of Creditor    Banc of America Leasing & Capital, LLC
luislluberas@mvalaw.com

District/off: 0539-3          User: ctello          Page 3 of 3          Date Rcvd: Aug 20, 2019
                             Form ID: pdf012        Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lynn Hamilton Butler    on behalf of Creditor    CHRISTUS Trinity Mother Frances
           lynn.butler@huschblackwell.com,
           penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com
          Mark A. Platt    on behalf of Creditor    University Healthcare, Inc. dba Passport Health Plan
           mplatt@foxrothschild.com,   etaylor@foxrothschild.com
          Mark R. Somerstein    on behalf of Creditor    Delaware Trust Company mark.somerstein@ropesgray.com,
           nila.williams@ropesgray.com
          Matthew Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
          Matthew H. Davis    on behalf of Creditor    Airbus Helicopters, Inc. mdavis@lockelord.com,
           kristi.russelburg@lockelord.com
          Meredyth Kippes    on behalf of U.S. Trustee    United States Trustee meredyth.a.kippes@usdoj.gov
          Michael D. Hynes    on behalf of Debtor    PHI, Inc. Michael.Hynes@dlapiper.com
          Michael David Rubenstein    on behalf of Creditor    BHP Billiton Petroleum (Deepwater) Inc.
           mdrubenstein@liskow.com,   fhernandez@liskow.com
          Michael P. Cooley    on behalf of Creditor    Blue Torch Finance LLC mpcooley@reedsmith.com,
           jkrasnic@reedsmith.com;srhea@reedsmith.com
          Neil J. Orleans    on behalf of Creditor    Aviall Services, Inc. neil.orleans@judithwross.com
          Phillip L. Lamberson    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
           plamberson@winstead.com
          R. William Metzger, Jr.    on behalf of Creditor    Blue Cross and Blue Shield of Louisiana
           bmetzger@robinsongray.com,   mwhite@robinsongray.com
          R. William Metzger, Jr.    on behalf of Creditor    Blue Cross and Blue Shield of South Carolina
           bmetzger@robinsongray.com,   mwhite@robinsongray.com
          Raniero D'Aversa, Jr.    on behalf of Creditor    HeliFleet 2013-10, LLC rdaversa@orrick.com
          Samuel A. Khalil    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           skhalil@milbank.com
          Samuel A. Khalil    on behalf of Creditor    Delaware Trust Company skhalil@milbank.com
          Shannon Smith Thomas    on behalf of Creditor    Thirty Two, LLC sthomas@romclaw.com,
           rdecorte@romclaw.com
          Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
           cmcintire@buchalter.com
          Stephen D. Wheelis    on behalf of Creditor    Cleco Power LLC steve@wheelis-rozanski.com,
           jennifer@wheelis-rozanski.com
          Tara LeDay    on behalf of Creditor    Texas Taxing Authorities
           kmorriss@mvbalaw.com;jwilliams@mvbalaw.com;alocklin@mvbalaw.com;vcovington@mvbalaw.com
          Tara LeDay    on behalf of Creditor    Denton County
           kmorriss@mvbalaw.com;jwilliams@mvbalaw.com;alocklin@mvbalaw.com;vcovington@mvbalaw.com
          Tara LeDay    on behalf of Creditor    Calhoun CAD
           kmorriss@mvbalaw.com;jwilliams@mvbalaw.com;alocklin@mvbalaw.com;vcovington@mvbalaw.com
          Tara LeDay    on behalf of Creditor    Bastrop County
           kmorriss@mvbalaw.com;jwilliams@mvbalaw.com;alocklin@mvbalaw.com;vcovington@mvbalaw.com
          Tara LeDay    on behalf of Creditor    Bell CAD
           kmorriss@mvbalaw.com;jwilliams@mvbalaw.com;alocklin@mvbalaw.com;vcovington@mvbalaw.com
          Tara LeDay    on behalf of Creditor    Brazos County
           kmorriss@mvbalaw.com;jwilliams@mvbalaw.com;alocklin@mvbalaw.com;vcovington@mvbalaw.com
          Thomas R. Califano    on behalf of Debtor    PHI, Inc. thomas.califano@dlapiper.com
          Todd Brice Headden    on behalf of Interested Party    Texas Department of Insurance, Division of
           Workers' Compensation todd.headden@texasattorneygeneral.gov
          United States Trustee    ustpregion06.da.ecf@usdoj.gov
          William Jarrell Moore    on behalf of Creditor    Banc of America Leasing & Capital, LLC
           william.moore@kattenlaw.com,   ecf.lax.docket@kattenlaw.com,cindy.blea@kattenlaw.com,
           karen.lahrman@kattenlaw.com;karen.lahrman@kattenlaw.com
          William Steven Bryant    on behalf of Creditor    Cenergy International Services, LLC
           sbryant@lockelord.com
                                                                               TOTAL: 92