| | |
|---|---|
| Daniel B. Prieto, State Bar No. 24048744 | Thomas R. Califano (admitted *pro hac vice*) |
| dan.prieto@dlapiper.com | thomas.califano@dlapiper.com |
| DLA Piper LLP (US) | DLA Piper LLP (US) |
| 1900 North Pearl Street, Suite 2200 | 1251 Avenue of the Americas |
| Dallas, Texas 75201 | New York, New York 10020 |
| Tel: (214) 743-4500 | Tel: (212) 335-4500 |
| Fax: (214) 743-4545 | Fax: (212) 335-4501 |
| | |
| *Counsel for the Debtors* | Daniel M. Simon (admitted *pro hac vice*) |
| | daniel.simon@dlapiper.com |
| | David E. Avraham (admitted *pro hac vice*) |
| | david.avraham@dlapiper.com |
| | Tara Nair (admitted *pro hac vice*) |
| | tara.nair@dlapiper.com |
| | DLA Piper LLP (US) |
| | 444 West Lake Street, Suite 900 |
| | Chicago, Illinois 60606 |
| | Tel: (312) 368-4000 |
| | Fax: (312) 236-7516 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PHI, Inc., *et al.*,[1] | § | Case No. 19-30923-hdh11 |
| | § | |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 27, 2019 AT 9:00 P.M. (CDT)[2]**

**NON-CONTESTED MATTER GOING FORWARD**

1. Debtors' Motion Pursuant to Section 1127 of the Bankruptcy Code Seeking Approval of Modifications to the Debtors' Confirmed Third Amended Joint Plan of Reorganization Without the Need for Further Disclosure or Solicitation of Votes [Docket No. 893].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PHI, Inc. (5707), PHI Air Medical, L.L.C. (4705), AM Equity Holdings, L.L.C. (0730), PHI Tech Services, Inc. (5089) and PHI Helipass, L.L.C. (4187). The corporate headquarters and the mailing address for the Debtors listed above is 2001 SE Evangeline Thruway, Lafayette, Louisiana 70508.

[2] The hearing on the matters listed herein may be continued as the Bankruptcy Court may determine and announce at the hearing without further notice to any parties.

**Related Pleadings:**

a.  Declaration of Bradley Henn in Support of Debtors' Motion Pursuant to Section 1127 of the Bankruptcy Code Seeking Approval of Modifications to the Debtors' Confirmed Third amended Joint Plan of Reorganization Without the Need For Further Disclosure or Solicitation of Votes [Docket No. 930].

**Responses:** None.

**Status:** The Debtors received informal comments from the Equity Committee and following extensive negotiation, have resolved the Equity Committee's potential objection. The Debtors intend to submit a revised proposed form of order at the hearing. This matter is going forward.

Dated: August 26, 2019
Dallas, Texas

**DLA PIPER LLP (US)**

By: _/s/ Daniel B. Prieto_
Daniel B. Prieto, State Bar No. 24048744
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545
Email: dan.prieto@dlapiper.com

- and -

Thomas R. Califano (admitted *pro hac vice*)
thomas.califano@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501
Email: thomas.califano@dlapiper.com

- and -

Daniel M. Simon (admitted *pro hac vice*)
David E. Avraham (admitted *pro hac vice*)
Tara Nair (admitted *pro hac vice*)
DLA Piper LLP (US)
444 West Lake Street, Suite 2200
Chicago, Illinois 60606-0089
Tel: (312) 368-4000
Fax: (312) 236-7516
Email:  daniel.simon@dlapiper.com
    david.avraham@dlapiper.com
    tara.nair@dlapiper.com

*Counsel for the Debtors*