

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 12, 2020**

_Hardin DeWayne Hale_
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 19-30923-hdh11 |
| PHI, Inc., *et al.*,[1] | ) |  |
|  | ) | (Jointly Administered) |
| Reorganized Debtors. | ) |  |
|  | ) |  |

**ORDER GRANTING FINAL FEE
APPLICATION OF PJT PARTNERS LP, INVESTMENT BANKER
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE (AND FINAL APPROVAL) AND PAYMENT
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the final fee application (the "<u>Application</u>")[2] of PJT, investment

banker to the Official Committee in the above-captioned cases, for the allowance (and final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PHI, Inc. (5707), PHI Air Medical, L.L.C. (4705), AM Equity Holdings, L.L.C. (0730), PHI Tech Services, Inc. (5089) and PHI Helipass, L.L.C. (4187). The corporate headquarters and the mailing address for the Debtors listed above is 2001 SE Evangeline Thruway, Lafayette, Louisiana 70508.

[2] Capitalized terms not otherwise defined herein shall have the meaning assigned to them in the Application.

approval) of fees and expenses incurred during the period from March 27, 2019 through September 4, 2019 (the "Retention Period"); and the Court having reviewed the Application and each of the Monthly Statements served by PJT during the Retention Period; and the Court having found that it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Office of the United States Trustee having raised certain informal issues, which issues were amicably resolved by reducing expenses by $2,004.52; and the Court having found that the relief requested in the Application is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that proper and adequate notice of the Application has been given and no other or further notice is necessary; and good and sufficient cause existing for granting the relief requested in the Application; and after due deliberation and sufficient cause appearing thereof, it is **HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

2. PJT's fees and expenses in the amounts of $3,872,096.78 and $25,347.26, respectively, incurred during the Retention Period are hereby approved on a final basis, which includes amounts incurred after the Effective Date in connection with the preparation of an application for compensation and reimbursement of expenses.

3. The fees and expenses totaling $3,404,569.16, which have been previously paid to PJT, are hereby finally approved.

4. The Debtors are hereby authorized and directed to pay to PJT the amount of $492,874.88, representing the difference between the final allowed amounts granted hereby and the amounts previously received by PJT for fees and expenses incurred during the Retention Period.

5. The Court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order.

6. This Order shall be effective immediately upon entry.

# # # END OF ORDER # # #

ELECTRONICALLY FILED BY:

Ian T. Peck
State Bar No. 24013306
Stephen M. Pezanosky
State Bar No. 15881850
David L. Staab
State Bar No. 24093194
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: 214.651.5000
Facsimile: 214.651.5940
Email: ian.peck@haynesboone.com
Email: stephen.pezanosky@haynesboone.com
Email: david.staab@haynesboone.com

- and -

**MILBANK LLP**

Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
Alan J. Stone (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001-2163
Telephone: 212.530.000
Facsimile: 212.530.5219
Email: ddunne@milbank.com
Email: skhalil@milbank.com
Email: astone@milbank.com

Andrew M. Leblanc (admitted *pro hac vice*)
1850 K Street, NW, Suite 1100
Washington, DC 20006
Telephone: 202.835.7500
Facsimile: 202263.7586
Email: aleblanc@milbank.com

*Co-Counsel for the Official*
*Committee of Unsecured Creditors*